IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CONRAAD L. HOEVER,**

    Petitioner,

vs.                                                 Case No. 4:14cv390-WS/CAS

**MICHAEL D. CREWS,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On July 23, 2014, Petitioner Conraad L. Hoever, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner has also filed a motion for leave to proceed in forma pauperis. Doc. 2.

In the § 2254 petition, Petitioner challenges a judgment and sentence entered in 2010, by the Seventeenth Judicial Circuit, Broward County, Florida, located in the Southern District of Florida. Doc. 1 at 1; *see* 28 U.S.C. § 89(c). Petitioner is currently incarcerated at the Madison Correctional Institution in Madison County, Florida, which is located in this district. Doc. 1; *see* 28 U.S.C. § 89(a). Nevertheless, because the district of conviction appears to be the most convenient and appropriate venue, this petition and case file should be transferred to the United States District Court for the

Southern District of Florida. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated); S.D. Fla. R. 3.1. *See* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** the case file be **TRANSFERRED** to the United States District Court for the Southern District of Florida, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 13, 2014.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**